ROPERS, MAJESKI, KOHN & BENTLEY
GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
E-mail:       gweickhardt@rmkb.com
              pzanger@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, | CASE NO.  1:08-cv-00081-LJO-SMS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THERETO** |
| v. | |
| JP MORGAN CHASE BANK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff DELORES JOHNSON and defendant CHASE BANK USA, N.A., through their counsel of record that CHASE BANK USA, N.A. may have an extension of thirty (30) days, up to and including February 22, 2008, within which to answer, respond or object to the Complaint in this action.  No previous extensions have been granted.  This extension is necessary to provide defendant with sufficient time to investigate this case before they filing its first response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 18, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By:/s/ Pamela J. Zanger |
| | George G. Weickhardt |
| | Pamela J. Zanger |
| | Attorneys for Defendant |
| | CHASE BANK USA, N.A. |
| Dated: January 18, 2008 | CORNWELL & SAMPLE, LLP |
| | By:/s/ Judith M. Harless |
| | Stephen R. Cornwell |
| | Judith M. Harless |
| | Attorneys for Plaintiff |
| | DELORES JOHNSON |

**ORDER**

IT IS HEREBY ORDERED that CHASE BANK USA, N.A. may have up to and including February 22, 2008, within which to answer, respond or object to the Complaint in this action.

Dated:   1/22/2008                  /s/ Sandra M. Snyder
                                    MAGISTRATE JUDGE OF THE U.S. DISTRICT
                                    COURT EASTERN DISTRICT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com