# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, | CASE NO. CV F 08-0081 LJO SMS |
| Plaintiff, | **ORDER TO TAKE MOTIONS TO DISMISS UNDER SUBMISSION** |
| vs. | |
| JP MORGAN CHASE BANK, et al, | |
| Defendants. / | |

This Court VACATES the February 26, 2008 hearing on defendants' motions to dismiss and considers the motions on the record, pursuant to Local Rule 78-230(c). This Court will issue a written ruling on the motions.

Due to this Court's heavy caseload and its effect to hold to scheduled dates, the parties are encouraged to consider consent to the conduct of further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

Dated:   February 20, 2008            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1