1  Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
   Judith M. Harless, CA Bar #64784
2  Attorneys at Law
   7045 N. Fruit Avenue
3  Fresno, CA  93711-0761
   Telephone: (559) 431-3142
4  Facsimile:  (559) 436-1135

   Attorneys for Plaintiff DELORES JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| DELORES JOHNSON, | CASE NO.  1:08-CV-00081-LJO-SMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE SERVICE ON DEFENDANTS LAKE VALLEY RETRIEVALS, INC. AND LAKE VALLEY INVESTMENTS** |
| JP MORGAN CHASE BANK DBA CHASE MANHATTAN; LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS; UNIFUND CCR PARTNERS; VIP ADJUSTMENT BUREAU, INC.; BAG FUND LLC; JAY S. BERNSTEIN; AND DOES 1 THROUGH 100; | |
| Defendants. | |

Good cause appearing, IT IS ORDERED that:

Plaintiff may proceed to effect service of process on Lake Valley Retrievals, Inc. through the California Secretary of State in accordance with the procedures and requirements set forth in California Corporations Code §1702.

/ / /

/ / /

/ / /

/ / /

(PROPOSED) ORDER RE SERVICE ON LAKE VALLEY RETRIEVALS, INC. AND LAKE VALLEY INVESTMENTS

1  The Court also finds the Plaintiff has shown good cause for failure to serve the
2 summons and operative complaint in this matter on Defendant Lake Valley Investments, and
3 the Court hereby extends the time for service until August 1, 2008, pursuant to Rule 4(m) of
4 the Federal Rules of Civil Procedure. No further continuances on the service issue will be
5 entertained. It must be completed by the August 1st date.

9 IT IS SO ORDERED.

10 **Dated:    May 9, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE