**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELORES JOHNSON, | CASE NO. CV F 08-0081 LJO SMS |
| Plaintiff, | **ORDER TO RESET SCHEDULING CONFERENCE** |
| vs. | |
| JP MORGAN CHASE BANK, et al, | |
| Defendants. / | |

Due to the non-appearance and unresolved status of defendants Lake Valley Retrievals, Inc. and Lake Valley Investments, this Court:

1. VACATES the June 19, 2008 scheduling conference;
2. RESETS the scheduling conference for July 31, 2008 at 8:15 a.m. in Department 4 (LJO); and
3. ORDERS the parties, no later than July 24, 2008 to file a joint scheduling report.

If defendants Lake Valley Retrievals, Inc. and/or Lake Valley Investments remained unserved with the summons and complaint, this Court ORDERS plaintiff's counsel, no later than July 24, 2008, to file his/her declaration to detail and explain:

    a. Efforts to serve Lake Valley Retrievals, Inc. and/or Lake Valley Investments with the summons and complaint;

    b. When such efforts were made; and

        c.     Good cause, if any, for delay to serve Lake Valley Retrievals, Inc. and/or Lake Valley Investments with the summons and complaint.

If the declaration of plaintiff's counsel is not timely filed or is not sufficiently detailed, this Court will dismiss Lake Valley Retrievals, Inc. and/or Lake Valley Investments. *See* F.R.Civ.P. 4(m).

If Lake Valley Retrievals, Inc. and/or Lake Valley Investments are served with the summons and complaint and fail to timely appear in this action, this Court ORDERS plaintiff's counsel to diligently seek entry of default of Lake Valley Retrievals, Inc. and/or Lake Valley Investments.

IT IS SO ORDERED.

**Dated:**   **June 12, 2008**            **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE