IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE BANK, et al,<br><br>            Defendants.<br>_____/ | CASE NO. CV F 08-0081 LJO SMS<br><br>**ORDER ON FURTHER DISCOVERY AND BRIEFING FOR UNIFUND'S SUMMARY JUDGMENT MOTION** |

Based on the record and the September 25, 2008 status report of plaintiff Delores Johnson ("plaintiff") and defendant Unifund CCR Partners ("Unifund"), this Court:

1. GRANTS plaintiff and Unifund up to October 31, 2008 to complete discovery pertaining to Unifund's summary judgment motion. No further discovery extensions pertaining to Unifund's summary judgment motion will be entertained:

2. ORDERS plaintiff, no later than November 14, 2008, to file and serve supplemental opposition papers to Unifund's summary judgment motion;

3. ORDERS Unifund, no later than November 21, 2008, to file and serve supplemental reply papers for its summary judgment motion;

4. SETS a hearing on Unifund's summary judgment for December 1, 2008 at 8:30 a.m. in Department 4 (LJO); and

5. VACATES the October 2, 2008 status conference. No counsel shall appear on October

1        2, 2008, as previously ordered.

2        IT IS SO ORDERED.

3   **Dated:   September 29, 2008**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE