# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, | CASE NO. CV-F-008-0081 LJO SMS |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | |
| JP MORGAN CHASE BANK DBA CHASE MANHATTAN, et al, | |
| Defendants. / | |

The Court received and reviewed the letter dated October 16, 2008 (filed October 24, 2008, Doc. 20), filed by Plaintiff's counsel, Mr. Stephen Cornwell. In that letter, Mr. Cornwell advises the Court that he will request a new trial date in the future if the conflict continues to exist between the current action in this Court, *Johnson v. JP Morgan Chase Bank, et al*, Case No. 1:08-CV-0081-LJO-SMS and an action in the Fresno County Superior Court, *Lee v. Howard, et al.*, Case No. 08 CE CG 02028 DSB. Both actions are currently scheduled for November 9, 2009.

The 10-day jury trial in *Johnson v. JP Morgan Chase Bank, et al*, was originally scheduled to begin on October 5, 2009. Due to the unavailability of this Court, the trial date was re-scheduled on September 23, 2008 to November 9, 2009. It appears as though the date selected by this Court created a conflict with a previously-scheduled trial for counsel.

Once set, a jury trial date is firm. This Court does not re-set a jury trial date without good cause appearing. Additionally, this Court does not set a trial date that will create a conflict with a previously-

scheduled trial.  Accordingly, **this Court SETS a status conference on Tuesday, November 18, 2008 at 8:15 a.m. in Courtroom 4 (LJO)** to re-set the pre-trial conference and jury trial dates.  All counsel are ordered to file a joint status conference statement no later than November 12, 2008, to propose conflict-free dates for the pre-trial and jury trial dates.  If the parties are unable to stipulate to new dates, the parties shall indicate their positions in the joint statement.  In proposing new dates, the parties should consider that the re-scheduled pre-trial conference and trial dates will be **firm** and will not be changed without good cause.

IT IS SO ORDERED.

**Dated:     October 28, 2008**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE