IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>        Plaintiff,<br>vs.<br><br>JP MORGAN CHASE BANK DBA<br>CHASE MANHATTAN, et al,<br><br>        Defendants.<br>_____ / | CASE NO. CV-F-008-0081 LJO SMS<br><br>**ORDER TO AMEND SCHEDULING ORDER**<br><br><br>**New dates**<br>Pretrial Conf.:   Date: October 27, 2009<br>                  Time: 8:15 a.m.<br>                  Court: 4  (LJO)<br><br>Jury Trial:      Date: December 7, 2009<br>(10 days)       Time: 8:30 a.m.<br>                  Court: 4  (LJO) |

Pursuant to this Court's October 28, 2008 order, the parties filed a joint status report to propose conflict-free dates for the pretrial conference and trial. Plaintiff Delores Johnson was represented by counsel Stephen R. Cornwell and Judith Harless. Defendant Chase Bank USA N.A. was represented by counsel Wendy Krog and George Weickhardt. Defendants Unifund CCR Partners was represented by Michael Simmonds. Defendants VIP Adjustment Bureau, Inc. and Jay Bernstein appeared by telephone by Harold Hewell. Defendant BAG Fund LLC was represented by Jeffrey S. Flashman. Pursuant to the parties' status report and stipulation, the Court VACATES the November 18, 2008 status conference and SETS the following dates:

1

1. **Pretrial Conference**

**A pretrial conference is set for October 27, 2009 at 8:15 a.m. in Courtroom 4 (LJO)**. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed neutral statement of the case. The parties are further directed to submit an additional copy of their pretrial statement by email to ljoorders@caed.uscourts.gov in WordPerfect format, if possible.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. The Court will insist upon strict compliance with those rules.

2. **Trial Date**

**A jury trial is set for December 7, 2009 at 8:30 a.m. in Courtroom 4 (LJO)**. The parties estimate trial will be 10 days. The parties' attention is directed to this Court's Local Rule 16-285.

3. **Effect of this Order**

This Order does not affect the dates set in previous orders by this Court, with the exception of the pre-trial conference and trial dates.

Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate and which establish good cause for granting the relief requested. **N.B.  The re-scheduled pre-trial conference and trial dates will be firm and will not be changed without good cause**.

Failure to comply with this order shall result in the imposition of sanctions.

IT IS SO ORDERED.

**Dated:    November 12, 2008**              /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE