IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>P MORGAN CHASE BANK DBA<br>CHASE MANHATTAN, et al,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-008-0081 LJO SMS<br><br>**ORDER ON PARTIES' REQUESTS TO FILE BRIEFS** |

      On December 3, 2008, defendant Chase Bank USA, N.A. ("Chase") filed a motion for summary judgment. On January 2, 2009, plaintiff Delores Johnson ("Ms. Johnson") filed a timely opposition. In her opposition, Ms. Johnson, inter alia, argued that Chase's motion was premature. Pursuant to Fed. R. Civ. P. 56(f), Ms. Johnson requested this Court to continue the motion briefing schedule and hearing date to allow her to finish her detailed discovery plan as to Chase. On January 9, 2009, this Court continued by 60 days the summary judgment briefing schedule and hearing date.

      On January 12, 2009, Chase filed an ex parte application for leave to file an opposition to this Court's January 9, 2009 order. Chase included in its ex parte application a memorandum of points and authorities to oppose a continuance of this motion. Specifically, Chase argues that Ms. Johnson's declaration in support of the Fed. R. Civ. 56(f) continuance was insufficient, because it fails to demonstrate: (1) what specific facts would be discovered; (2) how such facts would defeat the current summary judgment motion; and (3) why Ms. Johnson was not completed earlier.

Also on January 12, 2009, Ms. Johnson filed a request for an opportunity to file a brief in response to Chase's ex parte application.

Having considered the parties' requests, including Chase's ex parte application and documents filed in support thereof, and Ms. Johnson's request, this Court:

1. GRANTS Chase leave to file an opposition to this Court's January 9, 2009 order. This Court construes Chase's opposition as a motion for reconsideration and will consider the opposition under the applicable reconsideration standard of review;

2. GRANTS Ms. Johnson's request to file a response brief;

3. ORDERS Ms. Johnson to file and serve her response brief no later than January 16, 2009 at 4:00 p.m. Ms. Johnson shall address the issues raised by Chase, including, but not limited to: (a) what specific facts Ms. Johnson anticipates will be discovered through further discovery; and (b) how such facts would defeat the current summary judgment motion (including Chase's argument that Ms. Johnson's claims are barred by the statute of limitations).

Upon receipt and review of the further documents herein ordered, this Court will deem this matter submitted on the pleadings unless this Court determines that additional briefing, or a hearing, is necessary.

IT IS SO ORDERED.

**Dated:  January 13, 2009**                    **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE