UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>         Plaintiff,<br><br>     vs.<br><br>VIP ADJUSTMENT BUREAU,<br>et. al,<br><br>         Defendants.<br>_____/ | CASE NO. CV-F-08-0081 LJO SMS<br><br>**ORDER SETTING SETTLEMENT CONFERENCE; REASSIGNING CASE; VACATING TRIAL DATE**<br>ORDER TO SIGN CONSENT. |

On October 27, 2009, this Court conducted a pretrial conference in the above entitled matter. Plaintiff Delores Johnson appeared by counsel Stephen Cornwell and Judith Harless. Defendant VIP Adjustment Bureau, Inc. appeared by telephone by counsel Harold Hewell. Defendants Bag Fund LLC and Jay S. Bernstein appeared by telephone by counsel Jacob Shahbaz.

**1.      Consent to Magistrate Judge Jurisdiction**

After discussion with counsel regarding the trial date, all counsel stipulated on the record to consent to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. Accordingly, counsel are directed to sign, date and file a Consent to Magistrate Judge Form no later than November 3, 2009. The Form for "Consent to Jurisdiction of United States Magistrate Judge" is available in fillable .pdf format on the Court's web site at www.caed.uscourts.gov for all attorney ECF filers.

/////

/////

**2.      Settlement Conference**

At the conference, the parties also requested the Court schedule a settlement conference. Accordingly, the Court sets a settlement conference for November 19, 2009 at 2:00 p.m in Department 9 before Magistrate Judge Dennis L. Beck. Unless otherwise permitted in advance by the Magistrate Judge, <u>the attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

**No later than five Court days before the conference,** each party shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement. This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement.

The confidential settlement conference statement shall include the following:

A.      A brief statement of the facts of the case;

B.      A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

C.      A summary of the proceedings to date;

D.      An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

E.      The relief sought; and

F.      The party's position on settlement, **including the amount which or otherwise what the party will accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

**3.      Trial Date Vacated**

The December 7, 2009 trial before District Judge Lawrence J. O'Neill is VACATED.

/////

**4.     Further Scheduling**

If settlement is not reached at the settlement conference, Magistrate Judge Beck will schedule trial for a date within 90 days of the date of the settlement conference, and shall set an appropriate pretrial conference date.

IT IS SO ORDERED.

**Dated:     October 27, 2009**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE