UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br><br><br>JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN,<br><br>        Defendants. | 1:08-cv-00081 GSA<br><br><br><br>ORDER SETTING SUPPLEMENTAL PRETRIAL CONFERENCE<br><br><br>Hearing Date : April 13, 2010<br>Time: 1:30 pm<br>Courtroom : 10 (GSA) |

    All parties are advised that this Court will be holding a supplemental pretrial conference to address the possibility of resolving this case. Fed. R.Civ. P. 16(c)(1) and 16(c)(2)(P). The Court requires the personal appearance of at least one attorney who will conduct the trial for each party and the personal appearance of the principals. The hearing will be held on April 13, 2010 at 1:30 pm in Courtroom 10. Failure to attend this hearing may result in the imposition of sanctions.

    IT IS SO ORDERED.

    **Dated:   March 26, 2010**                 **/s/ Gary S. Austin**

1

<A>

UNITED STATES MAGISTRATE JUDGE