1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF CALIFORNIA
7

| | | |
|---|---|---|
| 8  | DELORES JOHNSON, ) | 1:08-cv-00081 GSA |
| 9  | ) ) | |
| 10 | Plaintiff, ) | |
| 11 | ) v. ) | ORDER REQUIRING THE **PERSONAL** APPEARANCE OF THE PRINCIPALS |
| 12 | ) ) | AT THE SECOND SUPPLEMENTAL PRETRIAL CONFERENCE |
| 13 | ) ) | |
| 14 | JP MORGAN CHASE BANK, N.A., LAKE ) VALLEY RETRIEVALS, INC., LAKE ) | Hearing Date : April 20, 2010 Time: 2:00 pm |
| 15 | VALLEY INVESTMENTS, UNIFUND ) CCR PARTNERS, VIP ADJUSTMENT ) | Courtroom : 10 (GSA) |
| 16 | BUREAU, INC., BAG FUND LLC, ) JAY BERNSTEIN, ) | |
| 17 | ) ) | |
| 18 | Defendants. ) ) | |
| 19 | _____) | |

   All parties are advised that this Court will be holding a second supplemental pretrial conference to address pretrial issues and the possibility of resolving this case.  Fed. R.Civ. P. 16(c)(1) and 16(c)(2)(P).  The Court requires the personal appearance of at least one attorney who will conduct the trial for each party, and the personal appearance of the principals including Defendant **Jay Bernstein**, **Richard DeHart,** the principal of VIP Adjustment Bureau, Inc., and **Ronald Hacker**, the principal for Bag Fund LLC.

                                       1

1     The Court notes that the personal appearances of the principals were required at two prior
2 pretrial conferences, however, no principal has ever appeared.[1]  With the exception of **one**
3 excused appearance of Jay Bernstein and Richard DeHart at the pretrial conference held on
4 March 23, 2010, no party's personal appearance has been excused.  The second supplemental
5 pretrial conference will be held on **April 20, 2010 at 2:00 pm** in Courtroom 10.   All of the
6 parties listed above shall be **personally** present.  **Failure of the parties to personally appear at**
7 **this hearing will most likely result in the imposition of monetary and/or other sanctions.**

9     IT IS SO ORDERED.
10    Dated:   **April 14, 2010**             /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The personal appearance of the principals were required at the Pretrial Conferences held on March 23, 2010, and April 13, 2010.  (Docs. 169 and 173).

2