# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN,<br><br>　　　　Defendants. | 1:08-cv-00081 GSA<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE RE: ATTORNEY HAROLD HEWELL'S NON-APPEARANCE<br><br>(Doc. 171)<br><br>Hearing Date : May 11, 2010<br>Time: 8:30 am<br>Courtroom : 10 (GSA) |

On March 29, 2010, an Order to Show Cause ("OSC") was issued because Mr. Harold Hewell, attorney for Defendant VIP and Jay Bernstein, failed to personally appear as ordered for a pretrial conference that was scheduled for March 23, 2010 at 1:30 pm before the Honorable Gary S. Austin. (Doc. 169, 171). A hearing on the Order to Show Cause was held on April 13, 2010. The matter was continued until May 11, 2010 at 8:30 am.

1

1  Since the issuance of the Order to Show Cause, VIP and Jay Bernstein entered into a
2  settlement agreement with Plaintiff.  Mr. Hewell appeared for all of the required hearings after
3  the March 23, 2010 pretrial conference.  Accordingly, the Order to Show Cause is
4  DISCHARGED.

7  IT IS SO ORDERED.
8  Dated:   **May 5, 2010**                              /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE