# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, ) | 1:08-cv-00081 GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING LAKE |
| ) | VALLEY RETRIEVALS, INC. and |
| ) | LAKE VALLEY INVESTMENTS |
| JP MORGAN CHASE BANK, N.A., LAKE ) | (Doc. 198) |
| VALLEY RETRIEVALS, INC., LAKE ) | |
| VALLEY INVESTMENTS, UNIFUND ) | |
| CCR PARTNERS, VIP ADJUSTMENT ) | |
| BUREAU, INC., BAG FUND LLC, ) | |
| JAY BERNSTEIN, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Plaintiff's Notice of Voluntary Dismissal filed on May 5, 2010, Defendants Lake Valley Retrievals Inc, and Lake Valley Investments are hereby DISMISSED without prejudice from this case pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   May 6, 2010                    /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

1