**FILED**

MAY 1 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DELORES JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAG FUND, LLC,<br><br>　　　　Defendant. | CASE NO. 1:08-CV-00081-GSA<br><br>**VERDICT**<br><br>Trial Date: May 11, 2010<br><br>Gary S. Austin,<br>U.S. Magistrate Judge |

　　　We, the jury empaneled in this action, make the following findings on the issues presented to us as follows:

### FAIR DEBT COLLECTION PRACTICES ACT

　　　1. Did the Plaintiff prove by a preponderance of the evidence that Bag Fund violated the Fair Debt Collection Practices Act?

　　　　Answer: __YES__ ("yes" or "no")

　　　*If "yes" proceed to answer the next question. If "no" proceed to question number 5.*

　　　2. What is the amount of damage you find the Plaintiff suffered as a result of Bag Fund's conduct?

　　　　$ For emotional distress __1,000__

　　　　$ For any other damages __5,700__

　　　*If you have answered question number 2, answer question number 3.*

## STATUTORY DAMAGES FOR VIOLATION OF THE
## FAIR DEBT COLLECTION PRACTICES ACT

3. Do you award statutory damages in an amount between $1 and $1000 for a violation(s) of the Fair Debt Collection Practices Act by Bag Fund ?

Answer: YES

*If your answer is "yes" proceed to the next question. If your answer is "no" proceed to question number 5.*

4. If yes, what is the amount statutory damages that should be awarded ?

Amount: 750   (not to exceed $1,000.00)

*Proceed to answer question number 5.*

## UNFAIR COMPETITION

5. Did Bag Fund's actions constitute a violation of the California's Unfair Competition law?

Answer: NO

*If you answered this question "yes" proceed to the next question. If you answered this question "no" then proceed to question number 7.*

6. What is the amount of restitution that should be repaid to Delores Johnson as a result of Bag Fund's violation of the California Unfair Competition law?

$_____

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

7. Did Bag Fund intentionally inflict emotional distress upon Delores Johnson?

Answer: NO

*If you have answered question number 7 "yes" answer the next question. If you have answered question number 7 "no," you do not need to answer anymore questions.*

8. If so, what is the amount of such damages suffered by Delores Johnson as a result Bag Fund's actions ?

$_____

*If you answered number 7 yes, proceed to answer Question No. 9.*

## ADDITIONAL FINDING

9. If your answer to question number 7 was yes, do you find that Bag Fund's actions were malicious, fraudulent, or oppressive?

Answer: _____

DATED: May 14, 2010.

_____
Jury Foreperson