UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELORES JOHNSON, | ) | 1:08-cv-00081 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT ON VERDICT OF JURY |
| | ) | |
| JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN, | ) | |
| Defendants. | ) | |

The verdict of the jury in this action was returned in open court on May 14, 2010. Judgement is entered in favor of Plaintiff Delores Johnson and against Defendant Bag Fund LLC for the Fair Debt Collection Practices cause of action. Pursuant to the jury's verdict, Plaintiff is awarded $7,450.00.

1

1     Judgment is entered in favor of Defendant Bag Fund LLC on the Intentional Infliction of
2 Emotional Distress and the Unfair Business Practices (Cal. Bus. & Prof. Code § 17200 et seq)
3 causes of action.
4     Costs will be awarded as authorized by law.
5 IT IS SO ORDERED.
6 **Dated:** **May 21, 2010**      /s/ **Gary S. Austin**
    UNITED STATES MAGISTRATE JUDGE