UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELORES JOHNSON, | ) | 1:08-cv-00081 GSA |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING REQUEST FOR |
| | ) | ORDER TO SHOW CAUSE |
| | ) | |
| | ) | (Doc. 254) |
| JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN, | ) | |
| Defendants. | ) | |

On June 29, 2010, Plaintiff, Delores Johnson filed notice that VIP Adjustment Bureau and Jay Bernstein have failed to complete the settlement documentation. (Doc. 254). Plaintiff requests that the Court issue an order to show cause why the settlement has not been consummated. The Court denies Plaintiff's request without prejudice since at this juncture the Court does not have sufficient information to warrant the issuance of an order to show cause. If

1

1  Plaintiff wishes to renew the application, she shall provide information identifying what
2  documentation has not been completed, and what efforts have been made to meet and confer with
3  opposing counsel.  The parties are strongly encouraged to work together to resolve this dispute
4  without Court intervention.

7     IT IS SO ORDERED.
8     Dated:   **July 7, 2010**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE