# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, | 1:08-cv-00081 GSA |
| Plaintiff, | |
| v. | ORDER RE: DISMISSAL OF VIP ADJUSTMENT BUREAU INC. AND JAY BERNSTEIN |
| JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN, | |
| Defendants. | |

On May 4, 2010, Plaintiff, Delores Johnson ("Plaintiff"), and Defendants, VIP Adjustment Bureau Inc., and Jay Bernstein, filed a Notice of Settlement ("Defendants"). (Doc. 196). A written settlement agreement was subsequently filed on July 7, 2010. (Doc. 259). Accordingly, **within ten (10) days** of this order, Plaintiff shall file the appropriate dispositional documents regarding to these two defendants. Failure to follow this order will result in dismissal these Defendants from this action.

IT IS SO ORDERED.

Dated:   **July 27, 2010**          /s/ Gary S. Austin
                              UNITED STATES MAGISTRATE JUDGE

1