# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES JOHNSON, | 1:08-cv-00081 GSA |
| Plaintiff, | |
| v. | ORDER DISMISSING JAY BERNSTEIN AND VIP ADJUSTMENT BUREAU |
| JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, JAY BERNSTEIN, | (Doc. 266) |
| Defendants. | |

Pursuant to the Request for Dismissal Without Prejudice filed on August 6, 2010, Defendants Jay Bernstein and VIP Adjustment Bureau are hereby DISMISSED without prejudice from this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **August 6, 2010**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1