# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELORES JOHNSON, | ) | 1:08-cv-00081 GSA |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED JUDGMENT |
| v. | ) | |
| | ) | |
| JP MORGAN CHASE BANK, N.A., LAKE VALLEY RETRIEVALS, INC., LAKE VALLEY INVESTMENTS, UNIFUND CCR PARTNERS, VIP ADJUSTMENT BUREAU, INC., BAG FUND LLC, and JAY BERNSTEIN, | ) | (Doc. 276) |
| Defendants. | ) | |

On May 24, 2010, this Court issued a judgment on verdict of jury.[1] (Doc. 246). On April 29, 2011, Plaintiff submitted a proposed judgment and a letter requesting that the Court issue a second judgment incorporating the jury's verdict, as well as attorney's fees and costs awarded by

---

[1] Although the judgment was issued on May 24, 2010, it was signed on May 21, 2010.

1

the Court.[2] (Doc. 276). There has been no opposition to the request. Accordingly, the judgment is amended as follows:

The verdict of the jury in this action was returned in open court on May 14, 2010. Judgment is entered in favor of Plaintiff Delores Johnson and against Defendant Bag Fund LLC for the Fair Debt Collection Practices cause of action. Pursuant to the jury's verdict, Plaintiff is awarded $7,450.00.

Judgment is entered in favor of Defendant Bag Fund LLC on the Intentional Infliction of Emotional Distress and the Unfair Business Practices (Cal. Bus. & Prof. Code § 17200 *et seq*) causes of action.

The Court assessed court costs in the amount of $3,763.65 and attorneys fees in the amount of $56,770 for a total judgment against the BAG FUND LLC in the amount of $67,983.65. (Docs. 255 and 269).

Therefore, Plaintiff DELORES JOHNSON is awarded judgment against BAG FUND LLC in the amount of $67,983.65 plus interest on the judgment from May 21, 2010.

IT IS SO ORDERED.

Dated:   **May 17, 2011**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff previously requested an amended judgment be issued on December 30, 2010 after the attorneys fees were awarded in this case. (Doc. 272). However, the Court advised the parties that it would not sign the amended judgment because all of the information contained in the amended judgment was already part of the record. (Doc. 273). The Court issues this amended judgment based on Plaintiff's second request.